# EXHIBIT 1



## DECISION & AWARD

**Bryan Cave Leighton Paisner, LLP/Gabonese Republic**         **ACAB #2018-19/003**

Pursuant to notice to all parties, the undersigned Arbitrator(s) assigned to the above cited fee dispute by the District of Columbia Bar Attorney/Client Arbitration Board met on the 3rd day of April 2019, at 901 4th Street, N.W., Washington, D.C. to take evidence and hear arguments in this matter.

Rodney F. Page, Esq., for Petitioner appeared personally and Olivier Cren, Esq., and François Fauvet, Esq., for Respondent, appeared via teleconference before the undersigned Arbitrator(s).

The Request for Arbitration, between Bryan Cave Leighton Paisner, LLP as Petitioner and The Gabonese Republic, as Respondent, sought the following relief:

$1,261,153.44

After consideration of the evidence and testimony presented, the undersigned Arbitrator(s) reached, and hereby affirm(s) the following decision and award:

$1,250,017.94

**Terms of award to be completed by (date):** 3 May 2019

Joseph Gomes, Esq., Chairperson

Bonnie Nathan, Esq., Panelist

Date: 3 April 2019

Mr. Bernard Woolfley, Panelist

**District of Columbia Bar**
901 4th Street NW
Washington, DC 20001
202-737-4700
www.dcbar.org